IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARYAM ASLANI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:16-cv-01398 (GBL/MSN) |
| RAYMOND CURRY, | ) ) ) |
| Defendant. | ) |

ORDER

For the reasons stated in open court, plaintiff's Motion for Default Judgment [Dkt. No. 7] and Request for Entry of Default [Dkt. No. 14] are DENIED, defendant's Motion to Set Aside the Default [Dkt. No. 12] is GRANTED, plaintiff's counsel's Motion to Withdraw as Counsel of Record [Dkt. No. 25] is GRANTED, and defendant's counsel's Unopposed Motion to Withdraw [Dkt. No. 32] is GRANTED.

As for the plaintiff's objections to the Report and Recommendation ("Report"), for the reasons stated in open court, the Court finds that the objections are without merit and that the magistrate judge correctly found that defendant was not properly served, this court lacks personal jurisdiction over the defendant, and that venue in this district is improper. Accordingly, the Report [Dkt. No. 18] is AFFIRMED in all respects except that given the tragic allegations in plaintiff's complaint, rather than accepting the recommendation that the complaint be dismissed, it is hereby

ORDERED that this civil action be and is transferred to the United States District Court for the Northern District of Illinois, Eastern Division, where plaintiff previously filed a related complaint.

The Clerk is directed to forward copies of this Order to counsel of record.

ENTERED this 25th day of January, 2017

Alexandria, Virginia

/s/ 
Leonie M. Brinkema     for Judge Lee
United States District Judge